# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Private Attorney General, Messiah Ali Bey)        Case No.

In full Capacity, Standing & Status         )

On the behalf of the Moorish Son's and      )

Daughters of Light International institute,  )

Moorish American Society at Large       )

Conscious and un-conscious in the U.S.A.  )

With full legal Capacity, Standing & Status  )

*Plaintiff(s)*                              )

-v-                                         )

DONALD J. TRUMP                             )

D.B.A. THE UNITED STATES                    )

&

THE ESTATE OF                               )

ABRAHAM LINCOLN                             )

RECEIVED SDNY PRO SE OFFICE 2020 JUL 20 PM 12: 22

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

_____)

*Defendant*

COMPLAINT AND REQUEST FOR INJUNCTION

## I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Messiah Ali Bey |
| Location | C/o 755 White Plains Road #22J |
| City and County | Bronx New York |
| State and Zip Code | New York 10473 |

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Telephone Number       646-918-2215

E-mail Address         beymessiah@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

    Name                      DONALD TRUMP DBA THE UNITED STATES

    Job or Title (if known)   UNITED STATES PRESIDENT

    Street Address            1600 PENNSYLVANIA AVE. NW

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| City and County | WASHINGTON DC |
| State and Zip Code | 20500 |
| Telephone Number | 202-456-1111 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | ESTATE OF ABRAHAM LINCOLN |
| Job or Title (if known) | FORMER US PRESIDENT |
| Street Address (last known) | 1600 PENNSYLVANIA AVE. NW |
| City and County | WASHINGTON DC |
| State and Zip Code | 20500 |
| Telephone Number | 202-456-1111 |
| E-mail Address (if known) | |

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than S75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (check all that apply)

    X Federal question        X Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. United States Constitution 1787

a. 13th Amendment 20 sections 38th Congress Apr 9th 1864

2. Treaties Moroccan Treaty of Peace and Friendship 1787-1836

a. Appendix I. resolution 1986/9 of the commission on human rights

b. Appendix 2. Declaration on the use of scientific and technological progress in the interests of peace and for the benefit of mankind

c. Universal Declaration of Human Rights ARTICLE 27

d. UN Declaration On The Rights of indigenous Peoples

3. Federal Statutes

a. Gross Negligence

b. National Deception

c. Unjust Enrichment

d. 18 U.S. Code § 1 00 1 .Statements or entries generally

e. 18 U.S. Code § 1028.Fraud and related activity in connection with identification documents, authentication features, and information

f. 22 U.S.C. Chapter 2 section 141

G. Title 17 Copyright Law of Great Seal Zodiac Constitution by Charles Mosley Bey.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a.  If the plaintiff is an individual

The plaintiff,    (name) Private Attorney General, Messiah Ali Bey

2. The Defendant(s)

a. If the defendant is an individual

The defendant, Donald J. Trump   President of The State of THE UNITED STATES

3. The Amount in Controversy

a. The amount the plaintiff claims the defendant owes or the amount at stake is approximately more than $1,284,876,372,763,481.90 minimum, not counting additional costs of pain, sufferings, continual violations, interest or court costs; Plus the un fulfilled 22 States ~~from~~ owed from 38th Congress 1st session April 9th 1864 13 amendment with 20 sections and Breach of Treaty of Peace 1787-1836 Article 16 & 24 with the Moorish People of America.

b. The pain and suffering of slaves and living slave derivatives cannot be morally be valued monetarily, but a discussion budget of $10,000,000,000.00 U.S.D. to organize a series of meetings with a Congress of Moorish-Americans from our business, legal, and scientific community to negotiate a strategy for the infrastructure following restoration of the rights of Moors from a Historical perspective and establish Officers to ensure smooth transition to Enforce the Treaty of Peace between THE UNITED STATES 1787-1836 and the Moors of America and the realization of the 22 States owed.

c. For the forced free labor between 1619 – 1865 and to the present, racial economic monopolies, educational monopolies, restriction from revenue generation, stealing of inventions without compensation, repetitive water damage from black neighborhoods being placed into flood zones forcing us to start over many times, economic terrorism, restricted access to grants, loans and government funding, 50% of THE UNITED STATES total Real GDP between 1865 - 2019 is owed for the damages amounting to approximately $1,284,876,372,763,481.90.

i. http://www.usstuckonstupid.com for 1865 - 1939 RGDP

ii. http://www.in2013dollars.com/us/inflation, was used to calculate for inflation

iii. https://www.thebalance.com/us-gdp-by-year-3305543 for 1940-1947 RGDP

iv. According to FRED for 1947 -2019 RGDP

### III. Statement of Claim

A. Where did the events giving rise to your claim(s) occur?

1. House of Congress, Washington DC

2. Everywhere in THE UNITED STATES

B. What date and approximate time did the events giving rise to your claim(s) occur?

1. 1619 - Today (dehumanization)

2. April 8, 1864 (13th Amendment Passed by Senate)

3. January 31, 1865 (13th Amendment Passed by House)

4. December 6, 1865 (13th Amendment Ratified)

5. December 18, 1865 (13th Amendment adoption Proclaimed)

6. April 9th 1864 38th Congress 1st Session.( 13th amendment 20 sections)

7. Breach of the Moroccan Treaty of Peace 1787-1836 Article 16&24.

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

1. Between 1619 - 1865 Licensed by THE UNITED STATES, white Americans' (1) manufactured slaves through forced human experimentation using trade secrets to subject naturally occurring people of Moorish/African descent to a scientific manufacturing method of "Dehumanization", (2) reduced their genetic situation and status from natural people to subhuman conditions, (3) reduced their legal status to real property and (4) trademarked and marketed them as "Slaves", "Negros", "Niggers" and "Blacks" as a method of commerce regarded as "American Slavery" and stole the Birthrights of the Moors of the Northern Shores of this Hemispheres who are the direct descendants of the Moroccan Empire and referred them as Negro Black and Colored.

2. 1865 President of THE UNITED STATES, Abraham Lincoln committed gross federal negligence and national deception, by failing to suspend intellectual property rights from white Americans' in the 13th Amendment, retaining the

constitutional legality for white Americans to benefit from owning the intellectual properties of (1) dehumanization as a trade secret method to reduce black people's genetic situation and status to the condition of a slave, (2) slaves as scientific productions, (3) slavery as a method of commerce, (4) the words "Slave", "Negro(e)", "Nigger and "Black" as trademarks, (5) derivative trade secrets for the slave manufacturing methods that continues to this day.

3. THE UNITED STATES currently represented by DONALD J. TRUMP has historically assigned and leveraged the intellectual property rights of (1) dehumanization as a historic manufacturing method to reduce the genetic situation and status of humans to the condition of a slave, (2) slaves as a historic scientific production, (3) slavery as a historic method of commerce, (4) trade secrets associated with the historic slave manufacturing process and (5) continues to manufacture slaves using updated manufacturing trade secrets for dehumanization, (6) has benefited and continues to benefit astronomically from unjust enrichment derived from the ownership of said intellectual properties which is conclusively immoral and violates federal treaties governing human rights, rights of indigenous peoples and the use of science and technology.

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1.    The trade secrets used to manipulate the natural genetic situation of the Moors of this Region in America between 1619 - 1875 continues to this day with modified methodology and requires several generations to repair the damage according to the standard scientific method of reverse engineering. The true justice for the crime of slave creation is the reversal of the methodology used to produce such vile realities. Many of the victims will not survive long enough to celebrate the repair of the damages suffered. The true monetary debt, morally owed to those living today as slaves, negroes, niggers and blacks by virtue of their unalterable genetic situation and the intellectual property rights associated with it, is nearly beyond incalculable and a diverse range of distinct solutions must be successfully and separately initiated and completed by different generations of Moors in America.

VI.    **Relief**

# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

1. ABOLISH SLAVERY: For failure to abolish slavery due to negligence in the 13th Amendment, this injunction requests the court to completely abolish slavery by ordering the cancellation, revoking, permanent termination of and making illegal all ownership rights and licenses to the intellectual properties of (I) dehumanization as a manufacturing method to alter and reduce the genetic situation and status of humans to the condition of a slave (2) slaves as a scientific production (3) slavery as a historic act of commerce and (4) trade secrets for historic and modified dehumanization methods, with emergency legislative action of rewriting the 13th Amendment together with elected representatives of the slave derivatives, elected by the slave derivatives living in America, Known as the Moorish, the Beys and ELs realizing Abraham Lincoln's neglect has exposed the 13th Amendment as invalid due to falsification and deception on a federal document that is the foundational instrument for decades worth of other legislation. Furthermore Congress never fulfilled its obligation pursuant to April 9th 1864 yeas and nays concerning the 20 sections of the 13th amendment, however, it was never enforced.

2. REVERSE ENGINEER THE METHODS USED TO DEPRIVE MOORS OF THEIR NATIONALITY AND BIRTHRIGHTS: Acknowledging America as

a melting pot it will take a cooperative effort of all people on the land to reverse the stain of slavery on American History so we are requesting the court to order THE UNITED STATES to scientifically re-humanization of all living and consenting Moors referred to as slave, nigger black and colored derivatives and their descendants for a minimum of 7 generations (each generation considered as 28 years), according to the scientific method utilizing black America's mass migration 2027 national cooperation as the ideal and scientifically compliant framework to provide the controlled environments for reversing the dehumanization methods that created the genetic situation and status of slaves and enabled slavery.

3,   Re-Affirm the recognition of the Treaty of Peace and Friendship 1787-1836 with the descendants of Moroccans, namely Moorish Born in America: Acknowledging the essential role "Fear" played in the dehumanization method leveraged by THE UNITED STATES and its licensees to manufacture slaves, this injunction requests the court to consider the sensitivity of the psychological state of fear and trauma the victims currently exist in by ordering THE UNITED STATES to develop and a legitimate body to re-affirm with the descendants the Treat of Peace and Friendship with the Moroccan Empire from the breach of its agreement

and manufactured Slaves, recognizing their full diplomatic capacity as beneficiaries descendants of the Moroccan Treaty and to require all political / social / economic / legal / other official engagements between the US and the victims to be addressed through that diplomatic channel created in order to offer a level of safety assurance providing evidence of State Level cooperation and interest in atoning for American Slavery.

4. DEVELOP MUTUAL RESTITUTION AGREEMENT: Unjust enrichment carries a mandatory restitution rule. So acknowledging the astronomical debt of approximately $1,284,876,372,763,481.90 minimum owed to Moorish- American who were forced into slaves being nearly unrealistic for one generation of Moorish- American Slaves to receive at one time and the

extreme strain such justice would place on other citizens of THE UNITED STATES, we're requesting the court to order THE UNITED STATES to develop a mutual restitution agreement together with the Congress of the Members of the International Moorish Institute , conscious and un-conscious Moorish Society at Large in America to identify the best strategies of leveraging U.S. resources including, but not limited to finance, tax credits, insurance, state owned properties etc. to atone for the crimes against Moorish-Americans referred to as Negros Black

and Colored by the state and the 22 States Owed by President Abraham Lincoln April 9th 1864 38th Congress 1 session.

5.  CORRECT THE 2009 APOLOGY FOR SLAVERY: We are seeking the court to order S. Concurrent Resolution 26 apologizing for slavery to be rewritten for alleging slavery was abolished when in fact it was not abolished as intellectual property rights were retained and to officially acknowledge the reality of dehumanization of the Moors, slaves and slavery as intellectual properties and the benefits that continue to be received as a result of the negligence of

Abraham Lincoln with the 13th Amendment and 20 sections April 9th 38th congress 1 sessions.

VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, 1 certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule I I.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-20-2020

Signature of Plaintiff: Messiah Ali Bey

Printed Name of Plaintiff: Messiah Ali Bey