Copies Mailed
Chambers of Edgardo Ramos

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MESSIAH ALI BEY, *Private Attorney General on the behalf of the Moorish Sons and Daughters of Light International Institute, Moorish-American Society at large Conscious and Unconscious in the U.S.A. with full legal capacity, standing, and status*,<br><br>Plaintiff,<br><br>– against –<br><br>DONALD J. TRUMP, *doing business as the United States*, ESTATE OF ABRAHAM LINCOLN,<br><br>Defendants. | **OPINION AND ORDER**<br><br>20 Civ. 5574 (ER) |

RAMOS, D.J.:

Pending before this Court is *pro se* Plaintiff's motions for reconsideration.  On July 27 2020, the Court dismissed the instant action *sua sponte* on the basis that the action was barred by presidential and sovereign immunity and thus frivolous, and denied Plaintiff leave to amend on the basis of futility.  *Bey v. Trump*, No. 20 Civ. 5574 (ER), 2020 WL 4340612 (S.D.N.Y. July 27, 2020).  On August 17, Plaintiff filed a motion to "restore the complaint to the calendar."  *See* Doc. 6.  On September 8, 2020, Plaintiff filed a motion pursuant to Fed. R. Civ. P. 60(b) for reconsideration.  *See* Doc. 7.  For the reasons set forth in the Court's July 27 Order, Plaintiff's motions are denied.  The Clerk of Court is directed to terminate the motions, Docs. 6, and 7.

It is SO ORDERED.

Dated:  September 24, 2020
          New York, New York

_____
Edgardo Ramos, U.S.D.J.